UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHERIEDA WILDER,

Plaintiffs,

Case No. 26-cv-0721-hl

v.

NELNET INC, et al,

Defendants.

---

**ORDER**

---

On April 23, 2026, Plaintiff Sherieda Wilder filed this lawsuit against four defendants: Nelnet Inc., Higher Education Loan Authority of the State of Missouri, Trans Union LLC, and Equifax Information Services LLC. (ECF No. 1.) She served all four defendants in mid-May 2026. (ECF Nos. 5, 6, 7, & 8.) On June 25, 2026, Wilder voluntarily dismissed her claims against one defendant, Trans Union. (ECF No. 18.) Two other defendants, Higher Education and Equifax, have since answered the complaint. (ECF Nos. 19 & 21.) The final defendant, Nelnet, was served on May 13, 2026, but has not yet made an appearance. At this point, more than 90 days have passed since service upon Nelnet, and Wilder has not requested the clerk's entry of default or moved for a default judgment. *See* Fed. R. Civ. P. 55(a)–(b); *see also VLM Food Trading Int'l, Inc. v. Ill. Trading Co.*, 811 F.3d 247, 255 (7th Cir. 2016) (explaining the two-step process in a default proceeding). The Court will give Wilder twenty-one days to request entry of default and move for default judgment as to Nelnet or take other steps to move the case forward. If she fails to do so, her claims against Nelnet will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **September 4, 2026**, Wilder must request entry of default and move for default judgment as to Nelnet, *see* Fed. R. Civ. P. 55(b); *see also VLM Food Trading Int'l*, 811 F.3d at 255, or take other steps to move the case forward. Failure to comply will result in dismissal of Nelnet.

Dated at Milwaukee, Wisconsin on August 14, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge